UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JEROME OLIVER, SR., | No. 2:13-cv-2040 CKD P |
| Plaintiff, | |
| v. | ORDER |
| R. SCOTT OWEN, et al., | |
| Defendants, | |

Plaintiff is proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. He has consented to have all matters in this action before by a United States Magistrate Judge. See 28 U.S.C. § 636(c). By order filed November 21, 2013, plaintiff's complaint was dismissed and twenty-one days leave to file an amended complaint was granted. The twenty-one day period has now expired, and plaintiff has not filed an amended complaint.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: January 10, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
olive2040.fta